808 A.2d 855

K.S., PLAINTIFF, AND B.S., PLAINTIFF–MOVANT,
v. ABC PROFESSIONAL CORPORATION, ET
AL., DEFENDANTS–RESPONDENTS.

October 10, 2000.

## CORRECTED ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to file a reply brief (M–1366) is granted; and it is further

ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–1367) is granted; and it is further

ORDERED that the motion for leave to appeal (M–1369) is denied.